IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| WODA COOPER DEVELOPMENT, INC.; PARALLEL HOUSING, INC.; PERKINS FIELD LIMITED PARTNERSHIP; and PARALLEL PERKINS FIELD DEVELOPMENT, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY OF WARNER ROBINS, GEORGIA and CITY MAYOR RANDY TOMS,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>5:20-cv-00159-MTT |

**JOINT MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER**

The parties hereby jointly request that the Scheduling and Discovery Order [Doc. 59] be amended to extend certain deadlines set forth therein as follows:

1.

The Scheduling and Discovery Order set the following deadlines (among others): (1) Plaintiffs and Defendants have until July 7, 2021 and August 16, 2021, respectively, to disclose their experts; (2) discovery closes on September 7, 2021; and (3) the parties have until October 7, 2021 to file dispositive and *Daubert* motions.

2.

The parties have exchanged discovery requests and responses, but the number of documents involved has led to delays. At this time, Defendants expect that they may not be able to identify and produce all their non-privileged responsive documents for another 45-60 days; while Plaintiffs expect that they may not be able to identify and produce all their non-privileged

responsive documents for another 30-45 days.

3.

To account for these delays, and the fact that there are still numerous documents that the parties' experts have not had the opportunity to review, the parties had previously jointly consented to extensions of the expert disclosure deadlines, with those deadlines most recently being extended to August 2, 2021 and September 1, 2021, respectively.

3.

The parties now anticipate the need for additional time to conduct discovery, not only to conclude their document production and thereafter disclose their experts, but also to take depositions of party representatives, experts, and fact witnesses.

4.

The parties, believing that the foregoing constitutes good cause for an extension of the deadlines in this case, hereby request that the Scheduling and Discovery Order be amended as follows: (1) Plaintiffs must disclose the identity of any expert witness on or before October 15, 2021; (2) Defendants must disclose the identity of any expert witness on or before November 15, 2021; (3) The time for discovery in this case shall expire January 7, 2022; (4) All dispositive motions must be filed no later than February 7, 2022; and (5) All *Daubert* motions must be filed no later than February 7, 2022.

5.

Counsel for the Parties have conferred and jointly agree and consent to the proposed Order Amending Scheduling and Discovery Order attached hereto.

Respectfully submitted this 2nd day of August, 2021.

*[Signatures on Following Page]*

**JONES CORK, LLP**

435 2nd Street, Suite 500
Macon, GA 31201
Phone: (478) 745-2821
Fax: (478) 743-9609
matt.shoemaker@jonescork.com

___//s// R. Matthew Shoemaker_____
R. MATTHEW SHOEMAKER
Georgia Bar No. 339367
*Attorney for Plaintiffs*

**RENO & CAVANAUGH, PLLC**

424 Church Street, Suite 2910
Nashville, TN 37219
Phone: (629) 255-0208
Fax: (629) 255-0209
jprochaska@renocavanaugh.com
iacosta@renocavanaugh.com

____//s// Joseph R. Prochaska_____
Joseph R. Prochaska (TN BPR #12760)
Iyen Abdon Acosta (DC #1021060)
*Attorneys for Plaintiffs*

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

615 West First Street
Post Office Box 5007
Rome, GA 30162-5007
Phone: (706) 291-8853
Fax: (706) 234-3574
isduggan@brinson-askew.com

____//s// I. Stewart Duggan_____
I. STEWART DUGGAN
Georgia Bar No. 232207
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **WODA COOPER DEVELOPMENT, INC.; PARALLEL HOUSING, INC.; PERKINS FIELD LIMITED PARTNERSHIP; and PARALLEL PERKINS FIELD DEVELOPMENT, LLC,**<br><br>     **Plaintiffs,**<br><br>  v.<br><br>**THE CITY OF WARNER ROBINS, GEORGIA and CITY MAYOR RANDY TOMS,**<br><br>     **Defendants.** | **CIVIL ACTION FILE NO.: 5:20-cv-00159-MTT** |

## ORDER AMENDING SCHEDULING AND DISCOVERY ORDER

Having come before the Court on the Parties' Joint Motion to Amend Scheduling and Discovery Order, and good cause having been shown, the Court hereby **GRANTS** the Motion and **AMENDS** the Scheduling and Discovery Order [Doc. 59] as follows:

1. Plaintiffs must disclose the identity of any expert witness on or before October 15, 2021;
2. Defendants must disclose the identity of any expert witness on or before November 15, 2021;
3. The time for discovery in this case shall expire January 7, 2022;
4. All dispositive motions must be filed no later than February 7, 2022; and
5. All *Daubert* motions must be filed no later than February 7, 2022.

**SO ORDERED**, this ____ day of _____, 2021.

_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT